**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**EARNEST BRADLEY**                                                            **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 2:06CV54-SA-EMB**

**TUNICA COUNTY SHERIFF'S
DEPARTMENT, ET AL.**                                             **DEFENDANTS**

**ORDER OF DISMISSAL WITH PREJUDICE**

This cause came on for consideration for the entry of an order of dismissal of this lawsuit with prejudice. The court, having considered said motion, finds that the parties have reached a compromise and settlement of this cause, so that there remain no issues to be tried or determined by this court. The court is of the opinion that said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorney's fees; provided, however, that the court retains jurisdiction to enforce the "settlement agreement and general release" to be entered into by the parties.

So **ORDERED** this the 27th day of October, 2008.

                                                                            **/s/ Sharion Aycock**_____
                                                                             **U.S. DISTRICT COURT JUDGE**